**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GARY G.,

*Plaintiff*,

v.

FRANK BISIGNANO,
Acting Commissioner of Social Security,

*Defendant*.

Case No. 24-cv-3144-MJS

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court **ORDERS** the Plaintiff's motion for judgment of reversal (ECF No. 7) is **DENIED** and Defendant's cross-motion for judgment of affirmance (ECF No. 10) is **GRANTED**. The Clerk of the Court is respectfully directed to close this case.

Dated: September 30, 2026

MATTHEW J. SHARBAUGH
United States Magistrate Judge